UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER MCBRIDE** | **CIVIL ACTION NO.:** |
| **VERSUS** | **SECTION:** |
| **CANTIUM, LLC** | **JUDGE:** |
| | **MAG. JUDGE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Christopher McBride, a person of majority age, domiciled in and a resident of Poplarville, Mississippi, with respect represents:

1.

Made defendant herein is Cantium, LLC, a citizen of Delaware and Louisiana, authorized to do and doing business in this state and judicial district.

2.

Jurisdiction of this cause of action against defendant is based upon 28 U.S.C. §1331, federal question jurisdiction and 43 U.S.C. §1331(a)(1) and 1349(b)(1) as this controversy arises out of an operation conducted on the Outer Continental Shelf involving exploration, development, or production of the minerals of the subsoil and seabed of the Outer Continental Shelf.

3.

Venue is proper in this court pursuant to 43 U.S.C. §1349(b)(1).

4.

1

Louisiana state law applies as a surrogate to federal law in this circumstance, pursuant to 43 U.S.C. §1333(a).

5.

On or about June 16, 2018, plaintiff, a service technician, was performing his assigned chores on satellite fixed platform Main Pass 41BA owned and/or operated by Cantium, LLC in the Gulf of Mexico on the Outer Continental Shelf off of Louisiana's coast.

6.

The fixed offshore platform upon which plaintiff was working was engaged in the exploration, development, or production of the minerals of the subsoil and seabed of the Outer Continental Shelf.

7.

On June 16, 2018, plaintiff was performing his assigned chores on the platform in a reasonably prudent manner, when the decking on the platform gave way, causing him to twist and wrench his left knee.

8.

As a result of the incident, plaintiff suffered severe, painful temporary and permanently disabling injuries to his body, which injuries have required and will continue to require medical care and rehabilitation, and, in addition, resulted in emotional distress, loss of enjoyment of life and lifestyle, loss of wages, temporary and permanent impairment to his wage earning capacity, disability and disfigurement.

9.

The casualty aforedescribed was caused by the negligence and fault of defendant under La. C.C. Articles 2315, 2316, 2317, 2317.1 and 2320, including, but not limited to, the following:

a. Defendant's platform created an unreasonable risk of harm due to the condition of the deck;

b. Defendant knew or should have known of the condition of the deck;

c. Defendant failed to exercise reasonable care by not remedying the unreasonable risk of harm;

d. Defendant failed to repair the decking and exposed the plaintiff to an unreasonable risk of harm;

e. Defendant failed to warn plaintiff of the unreasonable risk of harm.

11.

As a result of defendant's negligence and fault, and plaintiff's resulting injuries, plaintiff is entitled to recover compensatory damages and special damages from defendant in an amount that is reasonable under the circumstances.

12.

Plaintiff hereby requests trial by jury on all claims stated herein.

**WHEREFORE**, plaintiff prays for judgment against defendant, Cantium, LLC, in his favor for compensatory and special damages that may be reasonable under the circumstances of this cause, plus all costs, interest, and attorney's fees allowed by applicable law and for trial by jury on all claims and causes brought herein and to be brought by way of amended and/or

supplemental complaint, and for any additional relief as the facts, law and equity may require and permit.

                                                   Respectfully submitted,

/s/ David A. Abramson
DAVID A. ABRAMSON (#21435)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500      Telephone
(504) 588-1514      Facsimile
abramson@lksalaw.com
babramson@lksalaw.com

**PLEASE SERVE:**

**CANTIUM, LLC**
Through its registered agent:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70815